Michael R. Phillips
Kean, Miller, LLP
909 Poydras St., #3600
New Orleans LA 70112

Claire E. Juneau
Kean Miller
909 Poydras Street, #3600
New Orleans LA 70112

Jeffrey J. Gelpi
Kean, Miller, LLP
909 Poydras St., Suite 3600
New Orleans LA 70112

Louis Victor Gregoire, Jr.
Kean, Miller
400 Convention Street, #700
Baton Rouge LA 70802

Robert E. Meadows
King & Spalding, LLP
1100 Louisiana, Ste 4000
Houston TX 77002-5213

Andrew M. Stakelum
King & Spalding
1100 Louisiana, Ste 4000
Houston TX 77002

Dylan T. Scully
Kean Miller LLP
400 Convention Str. Ste. 700
Baton Rouge LA 70821

Anne C. Lemelin
Kean Miller LLP
909 Poydras Str. Ste. 3600
New Orleans LA 70112

Alan J. Berteau
Kean, Miller
P. O. Box 3513
Baton Rouge LA 70821

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 16, 2025

**REHEARING ACTION: April 16, 2025**

**Docket Number: 23   00550-CW consolidated with 24   00053-CA**

**STATE OF LOUISIANA AND THE
VERMILION PARISH SCHOOL BOARD
VERSUS
LOUISIANA LAND & EXPLORATION
COMPANY, ET AL.**

**Writ Application from Vermilion Parish Case No. 82,162**

**BEFORE JUDGES:**

   **Hon. D. Kent Savoie**
   **Hon. Gary J. Ortego**
   **Hon. Ledricka J. Thierry**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Union Oil Company of California** has this day been

**DENIED.**


cc: Donald T. Carmouche, Counsel for  the Respondent
Victor L. Marcello, Counsel for  the Respondent
John Hogarth Carmouche, Counsel for  the Respondent
William R. Coenen, III, Counsel for  the Respondent
Brian T. Carmouche, Counsel for  the Respondent
Todd J. Wimberley, Counsel for  the Respondent
Ross J. Donnes, Counsel for  the Respondent
Diane Adele Owen, Counsel for  the Respondent
Leah C. Poole, Counsel for  the Respondent
Caroline H. Martin, Counsel for  the Respondent
Christopher D. Martin, Counsel for  the Respondent
Michael L. Heaton, Counsel for  the Respondent
Grady Joseph Abraham, Counsel for  the Respondent
Jerold Edward Knoll, Counsel for  the Respondent